# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-2020 |
| Plaintiff, | |
| vs. | REPORT AND RECOMMENDATION |
| JOSHUA MICHAEL DANIELSON, | |
| Defendant. | |

This matter comes before the Court on the Motion to Suppress (docket number 17) filed by the Defendant on June 28, 2011. Because the Defendant entered a plea of guilty on July 13, 2011, the Court believes that the motion should be denied as moot.

### RECOMMENDATION

I respectfully recommend that the Motion to Suppress (docket number 17), filed by the Defendant be **DENIED** as moot.

The parties are advised, pursuant to 28 U.S.C. § 636(b)(1), that within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court.

DATED this 13th day of July, 2011.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA