# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 11-CR-2020-LRR |
| vs. | **ORDER** |
| JOSHUA MICHAEL DANIELSON, | |
| Defendant. | |

_____

The matter before the court is United States Magistrate Judge Jon S. Scoles's Report and Recommendation (docket no. 40), which recommends that the undersigned deny Defendant Joshua Michael Danielson's Motion to Suppress ("Motion") (docket no. 17). On June 28, 2011, Defendant filed the Motion. On July 13, 2011, Defendant appeared before Judge Scoles and entered a plea of guilty. Accordingly, Judge Scoles recommends that the Motion be denied as moot. Neither side has filed objections to the Report and Recommendation, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Report and Recommendation (docket no. 40) is **ADOPTED** and the Motion to Suppress (docket no. 17) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED** this 1st day of August, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA